474 A.2d 694

Crumley, Appellant, v. Weaber.

Argued January 10, 1984. Howard O. Mammau, for appellant; Wiley P. Parker, for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.

MONTEMURO, J., filed a concurring memorandum.